United States District Court
District of Massachusetts

| | |
|---|---|
| ARTHUR J. GALLAGHER & COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES LONG AND ALLIANT )<br>INSURANCE SERVICES, INC. )<br>)<br>Defendants. )<br>) | Civil Action No.<br>17-12313-NMG |

## ORDER

**GORTON, J.**

On November 22, 2017, plaintiff Arthur J. Gallagher & Company ("plaintiff") filed a complaint in this case and motions for a preliminary injunction (Docket No. 4) and for short order of notice (Docket No. 5). Plaintiff alleges that defendant Charles Long breached non-competition, non-solicitation and confidentiality provisions of his employment agreement in the course of his current employment with defendant Alliant Insurance Services, Inc.

Plaintiff's motion for short order of notice is **ALLOWED**. Defendants' response to the motion for a preliminary injunction shall be filed on or before Friday, December 1, 2017. Plaintiff's reply, not to exceed 10 pages, shall be filed on or

-1-

before Wednesday, December 6, 2017. A hearing will be held in Courtroom #4 on Friday, December 8, 2017 at 10:00 a.m.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: November 27, 2017